*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00724-CV

**IN RE John Goode HARING**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   November 18, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On November 13, 2009, relator filed a petition for writ of mandamus and a motion for emergency temporary relief. The court has considered relator's petition for writ of mandamus and the emergency motion and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2000CR6366, in the 186th Judicial District Court, Bexar County, Texas, the Honorable Maria Teresa Herr presiding.